# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Kevin Clifton Greear,<br><br>   Defendant. | Case No. 3:13-CR-00062-RCJ-VPC-1<br><br>**ORDER** |

  A document requesting a court order must be styled as a motion, not a letter. See FED. R. CIV. P. 7; LR IA 10-1. Letters to a judge will be disregarded. Therefore, the Letter dated September 4, 2019 (ECF No. 52) will be stricken from the record.

## CONCLUSION

  IT IS HEREBY ORDERED that the Letter dated September 4, 2019 (ECF No. 52) be stricken from the record.

  IT IS SO ORDERED.

Dated this 6th day of September, 2019.

              _____
               ROBERT C. JONES
               United States District Judge